818

No. 747, Misc.   McDONALD v. BANNAN, WARDEN; and
No. 907, Misc.   WYERS v. BUCHKOE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 914.   PAN AMERICAN PETROLEUM CORP. v. SUPERIOR COURT OF DELAWARE IN AND FOR NEW CASTLE COUNTY ET AL.;
No. 915.   TEXACO, INC., v. SUPERIOR COURT OF DELAWARE IN AND FOR NEW CASTLE COUNTY ET AL.; and
No. 916.   COLUMBIAN FUEL CORP. v. SUPERIOR COURT OF DELAWARE IN AND FOR NEW CASTLE COUNTY ET AL. Supreme Court of Delaware. Certiorari granted. *Hugh M. Morris, James M. Tunnell, Jr., Byron M. Gray, William J. Grove, L. A. Thompson* and *W. W. Heard* for petitioner in No. 914. *John J. Wilson, Frank H. Strickler, Paul F. Schlicher, James M. Tunnell, Jr.* and *Andrew B. Kirkpatrick, Jr.* for petitioner in No. 915. *James M. Tunnell, Jr.* and *Andrew B. Kirkpatrick, Jr.* for petitioner in No. 916. *Conrad C. Mount, Jack Werner, Harry S. Littman* and *Howard L. Williams* for Cities Service Gas Co., respondent. Reported below: 52 Del. ——, 158 A. 2d 478.

No. 974, Misc.   STEWART v. UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *Edward L. Carey, Robert L. Ackerly* and *Walter E. Gillchrist* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.